IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE THOMAS BJORN, | ) | No. C 09-2630 JSW (PR) |
| Plaintiff, | ) ) | **ORDER REGARDING FILING FEE AND INSTRUCTIONS TO THE CLERK** |
| vs. | ) ) | |
| DERELL ADAMS, Warden, | ) | (Docket No. 3) |
| Defendant. | ) ) ) | |

    Petitioner, a prisoner of the State of California, filed a letter after receiving a notice from the Court that he had failed to pay the filing fee or file an application to proceed *in forma pauperis* on this action. In his letter, Petitioner notifies the Court that he was previously granted *in forma pauperis* status on an earlier action and requests information regarding whether he must file such an application with regard to the instant matter. In order for the filing fee to be waived on a habeas corpus action, Plaintiff must file such a motion on any such matter pending before the Court. Failure to pay the filing fee or file an *in forma pauperis* application within thirty days of the date of this order may result in dismissal of this action without prejudice. The Clerk shall provide Plaintiff with a copy of the Court's prisoner *in forma pauperis* application.

    IT IS SO ORDERED.

DATED: August 19, 2009

                                      JEFFREY S. WHITE
                                      United States District Judge

|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | FOR THE |
|   | NORTHERN DISTRICT OF CALIFORNIA |

LEE T BJORN,

        Plaintiff,

  v.

WARDEN et al,

        Defendant.

           Case Number: CV09-02630 JSW

           **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lee Thomas Bjorn Prisoner Id V-50565
Corcoran State Prison
P.O. Box 3471
Corcoran, CA 93212

Dated: August 19, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk